**DENTONS**

| Maria C. Mannarino | Dentons US LLP |
|---|---|
| Managing Associate | 1221 Avenue of the Americas |
| | New York, NY 10020-1089 |
| maria.mannarino@dentons.com | United States |

大成 Salans FMC SNR Denton McKenna Long
dentons.com

*[Handwritten: Conference adjourned to 6/29/21 at 4:00 p.m. So ordered. /s/ John G. Koeltl 5/26/21 U.S.D.J.]*

May 26, 2021

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Williams v. Gilbert H. Wild II, LLC, Case No. 1:21-cv-01491-JGK

Dear Judge Koeltl:

We represent defendant Gilbert H. Wild II, LLC ("Defendant") in the above-referenced matter. We, jointly with counsel for plaintiff respectfully move this Court to adjourn the Initial Pretrial Conference, currently scheduled for June 7, 2021 at 4:00 p.m., to a date and time of the Court's convenience sometime following Defendant's deadline to respond to plaintiff's complaint, which is currently set at June 21, 2021 (Doc. 14). There have been no prior requests for adjournment.

The parties are communicating to explore the possibility of bringing about the voluntary dismissal of all claims asserted in this action without further litigation, and, as such, the requested adjournment will conserve Court and party resources at this time. This Court approved the most recent extension to respond to the plaintiff's complaint on May 20, 2021.

Respectfully submitted,

*/s/ Maria C. Mannarino*
Maria C. Mannarino

cc:   All counsel of record (by ECF)



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-26-2021

US_Active\118312325\V-1