UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILTON WILLIAMS,                    21-cv-1491 (JGK)

           Plaintiff,         ORDER

- against -

GILBERT H. WILD II, LLC.,

           Defendants.

JOHN G. KOELTL, District Judge:

A teleconference is scheduled for Thursday, July 8, 2021 at 3:00pm. Dial-in: 888 363-4749, with access code 8140049

SO ORDERED.

Dated:    New York, New York
          July 6, 2021

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/06/2021