UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILTON WILLIAMS,                           21-cv-1491 (JGK)

                    Plaintiff,             ORDER

        - against -

GILBERT H. WILD II, LLC.,

                    Defendants.

JOHN G. KOELTL, District Judge:

As discussed during today's teleconference, the defendants shall file their motion to dismiss by August 6, 2021; the plaintiff may respond by September 10, 2021; and the defendants may reply by September 24, 2021.

SO ORDERED.

Dated:   New York, New York
         July 8, 2021

                                    John G. Koeltl
                                    United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/09/2021